| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**GENOVA BURNS, LLC**<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey  07920<br>Tele: (973) 467-2700 / Fax:  (973) 467-8126<br>Counsel for Donald V. Biase, Chapter 7 Trustee<br>**SCOTT S. REVER (SR 1425)** | |
| In Re:<br><br>**STEPHEN NORMAN WEISS,**<br><br>                                    Debtor. | Case No.: 21-10514 SLM<br><br>Honorable Stacey L. Meisel<br><br>Chapter: 7 |
| **DONALD V. BIASE, Chapter 7 Trustee,**<br>                                    Plaintiff,<br>**v.**<br><br>**ROBERTA WEISS,**<br>                                    Defendant. | Adv. Pro. No.: 21- |

## ORDER TO SHOW CAUSE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

**Page (2)**

Debtor:            Stephen Norman Weiss

Case no.:          21-10514 SLM

Caption of Order:  Order to Show Cause

---

**THIS MATTER**, having come before the court by reason of the filing of a Verified Complaint by Donald V. Biase, Chapter 7 Trustee, by and through his counsel, Genova Burns, LLC, seeking the entry of an Order to Show Cause, and the Court having considered the Verified Complaint filed in this Adversary Proceeding, and good cause appearing for the entry of this Order, it is hereby

**ORDERED**, that Roberta Weiss ("Defendant") shall appear before this Court on _____, 2021 at ____ at the United States Bankruptcy Court for the District of New Jersey, 50 Walnut Street, 3rd Floor, Newark, New Jersey, before the Honorable Stacey L. Meisel to show cause why Plaintiff should not be authorized to sell the bankruptcy estate's interest and the Defendant's interest in the real property located at 90 Prospect Terrace, Tenafly, New Jersey, pursuant to 11 U.S.C. §363(h); and it is further

**ORDERED**, that this Order to Show Cause, the Verified Complaint and all papers submitted herewith shall be served upon Defendant via ___ mail within ___ days of the date hereof; and it is further

**ORDERED**, that any papers to be filed in response to this Order to Show Cause shall be served upon this Court and upon Genova Burns, LLC so that such responsive papers are received no later than the __ day of _____, 2021; and it is further

**ORDERED**, that Defendant shall file and serve an answer and/or a responsive pleading to the Complaint on or before _____, 2021; and it is further

**Page (3)**

Debtor:                Stephen Norman Weiss

Case no.:              21-10514 SLM

Caption of Order:      Order to Show Cause

___

      **ORDERED**, that if Defendant fails to file a timely answer or responsive pleading the Trustee may submit a certification to the Court indicating same and default and default judgment may be entered forthwith.