| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | **Order Filed on March 30, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| | Case No. 21-10514 (SLM) |
| | Adv. No. 21-01218 (SLM) |
| In re:<br><br>Stephen Norman Weiss,<br><br>         Debtor.<br><br>---<br><br>Donald V. Biase<br><br>v.<br><br>Roberta Weiss | Chapter 7<br><br>Judge: Hon. Stacey L. Meisel |

## ORDER DENYING REQUEST FOR ENTRY OF
## ORDER TO SHOW CAUSE

The relief set forth on the following pages two (2) through two (2) is hereby **ORDERED**.

**DATED: March 30, 2021**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2
Debtor:            Stephen Norman Weiss
Case No:           21-10514 (SLM)
Adv. No:           21-01218 (SLM)
Caption of Order:  *Order Denying Request for Entry of Order to Show Cause*

---

**THIS MATTER** having been brought by Donald V. Biase, the Chapter 7 Trustee (the "**Trustee**" or "**Plaintiff**") by an *Application in Support of Entry of Order to Show Cause* (the "**Application**") (Adv. Docket No. 2) requesting this Court enter an *Order to Show Cause* against Roberta Weiss (the "**Defendant**") as to why Plaintiff should not be authorized to sell the bankruptcy estate's interest in a real property located at 90 Prospect Terrace, Tenafly, New Jersey;

**IT IS HEREBY:**

**ORDERED** that the Application is DENIED for failure to adequately set forth reasons, supported by a brief, demonstrating why this Court should grant the relief requested; and it is further

**ORDERED** that Plaintiff should file a motion within the adversary proceeding if an expedited hearing is requested; and it is further

**ORDERED** that Plaintiff should support any motion requesting an expedited hearing with both factual and legal support demonstrating that the requested relief is warranted; and it is further

**ORDERED** that Plaintiff shall serve a copy of this Order on the Debtor, Stephen Norman Weiss, and his counsel, if any, and the Defendant.