Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  Stephen Norman Weiss
Debtor

Case No.: 21−10514−SLM
Chapter 7

Donald V. Biase
Plaintiff

v.

Roberta Weiss
Defendant

Adv. Proc. No. 21−01218−SLM                                  Judge: Stacey L. Meisel

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑   A Motion to Dismiss has been filed by Edmond M. George on behalf of Roberta Weiss.

☐   An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

- ☐ The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

- ☐ The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

- ☐ The corporate debtor is self−represented.

- ☐ Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Stacey L. Meisel on,

Date: 10/20/21
Time: 10:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102


Dated: September 3, 2021
JAN: LVJ

Jeanne Naughton
Clerk